UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEMA TATE, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WM. BOLTHOUSE FARMS, INC.,<br><br>    Defendant. | Case No. 1:23-cv-01038-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF NICK SUCIU III TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 4) |

The Court has considered the application of Nick Suciu III, attorney for Plaintiffs Lakema Tate and Richard Ortiz, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). In light of the application and for good cause appearing Nick Suciu III's application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **July 14, 2023**                              _____
                                                        UNITED STATES MAGISTRATE JUDGE