UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEMA TATE, *et al*.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WM. BOLTHOUSE FARMS, INC.<br><br>　　　　　Defendant. | Case No. 1:23-cv-01038-JLT-CDB<br><br>ORDER GRANTING APPLICATIONS OF PHILIP FURIA, DANIEL MARKOWITZ AND RICHARD ORTIZ TO PRACTICE *PRO HAC VICE*<br><br>(Docs. 8-10) |

　　　The Court has read and considered the applications of Philip Furia, Daniel Markowitz and Richard Ortiz, attorneys for Plaintiffs Lakema Tate and Richard Ortiz, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Docs. 8-10).  In light of the applications and for good causae appearing, the applications for admission to practice *pro hac vice* are HEREBY GRANTED.

　　　The *pro hac vice* attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

　　Dated:　**August 2, 2023**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE