# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEMA TATE and RICHARD ORTIZ individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WM. BOLTHOUSE FARMS, INC.,<br><br>Defendant. | No.  1: 23-cv-01038-JLT-CDB<br><br>Hon. Jennifer L. Thurston<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

## [PROPOSED] ORDER

After reviewing the Parties' Stipulation Extending Time to Respond to Defendant's Motion to Dismiss, the Court orders as follows:

1. Plaintiffs' opposition to Defendant's Motion to Dismiss shall be due October 30, 2023
2. Defendant's reply in support of its Motion to Dismiss shall be due on November 14, 2023.

IT IS SO ORDERED.

Dated:   **October 24, 2023**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE

1