UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKEMA TATE and RICHARD ORTIZ, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>    v.<br><br>WM. BOLTHOUSE FARMS, INC.,<br><br>          Defendant. | Case No. 1:23-cv-01038-JLT-CDB<br><br>ORDER GRANTING APPLICATIONS OF MARC A. MARINACCIO AND LAUREN S. COLTON TO PRACTICE *PRO HAC VICE*<br><br>(Docs. 24-25) |

The Court has read and considered the applications of Marc. A. Marinaccio and Lauren S. Colton attorneys for Defendant Wm. Bolthouse Farms, Inc. for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2).  (Docs. 24-25).  In light of the applications and for good causae appearing, the applications for admission to practice *pro hac vice* are HEREBY GRANTED.

The *pro hac vice* attorneys are DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __**January 16, 2024**__            _____

                                                            UNITED STATES MAGISTRATE JUDGE